UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. 1:06 CV 0828

Honorable Wendell A. Miles
Senior, U.S. District Judge

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY AND AMERIQUEST MORTGAGE SECURITIES, INC.'S**
**NOTICE OF REMOVAL**

Defendant Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc., by counsel Dykema Gossett PLLC give notice that the above action is removed from the Ottawa County Circuit

Court, Case No. 06-56558-CH, in which Court the case is now pending, to the United States District Court for the Western District of Michigan.

IN SUPPORT, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. state as follows:

1. On or about October 5, 2006, an action was commenced against Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. in the Ottawa County Circuit Court, State of Michigan, Case No. 06-56558-CH, and service was effected upon Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. on or about October 31, 2006. Copies all process, pleadings and orders served upon or received by Defendants in this action are attached as **Exhibit A**.

2. This action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the Plaintiffs allege violations of the Truth in Lending Act and the alleged value of Plaintiffs' claims are in excess of the amount of $75,000, exclusive of interest, costs, and attorneys fees, and is between citizens of different states, as more fully shown below:

  a. Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. are informed and believe that Plaintiffs are citizens and residents of the State of Michigan.

2

    b.  Defendant Ameriquest Mortgage Securities, Inc. is a Delaware corporation with its principal place of business in the State of California and was not and is not a citizen of the State of Michigan, where this action was brought.

    c.  Defendant Ameriquest Mortgage Company is a Delaware corporation with its principal place of business in the State of California and was not and is not a citizen of the State of Michigan, where this action was brought. Defendant Ameriquest Mortgage Company and its counsel have reviewed this notice join in and do not object to removal of this case to the federal.

    d..  Defendant Deutsche Bank National Trust Company is a California company and is not incorporated in Michigan, with its principal place of business in the State of California, and was not and is not a citizen of the State of Michigan, where this action was brought. Defendant Deutsche Bank National Trust Company has reviewed this notice and join in and do not object to removal of this case to the federal court.

    e.  Plaintiffs seek a judgment against Defendants in excess of $25,000, exclusive of interest, costs and attorney fees.

    f.  Plaintiffs seek damages from Defendants for alleged breach of contract, fraud, and violations of the Michigan Consumer Protection Act and seek rescission or reformation of their mortgage.

    g.  The damages from the losses claimed, if proven, exceed $75,000, exclusive of interest, costs and attorney fees, and therefore, the amount in controversy exceeds $75,000, exclusive of interest, costs and attorney fees.

3.  *Federal Question Jurisdiction:* Federal district courts have original jurisdiction over civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C.

3

§ 1331. This Court has original jurisdiction over claims arising under the Truth in Lending Act ("TILA") 15 U.S.C. § 1601 *et seq.* and its implementing regulations.

In accordance with 28 U.S.C. § 1446(b), Defendants have filed this Notice of Removal within 30 days of the October 31, 2006 service of Plaintiffs' complaint upon Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. This Notice of Removal is being filed with the Circuit Court for the County of Ottawa, State of Michigan, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. give notice of removal of this cause of action from the Ottawa County Circuit Court, State of Michigan, to this Court.

                         Respectfully submitted,

                         DYKEMA GOSSETT PLLC

                         By: /s/ Mark D. van der Laan
                         Mark D. van der Laan (P55921)
                         Sarah E. Heineman (P66202)
                         Attorneys for Ameriquest Mortgage
                         Company, AMC Mortgage Services, Inc.,
                         Ameriquest Mortgage Securities, Inc.,
                         Deutsche Bank National Trust Company, and
                         Ameriquest Mortgage Securities, Inc.,
                         300 Ottawa Avenue N.W., Suite 700
                         Grand Rapids, MI 49503
                         (616) 776-7500

Date: November 21, 2006

GR01\97184.1
ID\MDV