STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

06 NOV 22 AM 8:53

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPNY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendant.

Civil Action No. 06-56558-CH

Honorable Calvin L. Bosman

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**

---

TO:    Craig L. Monette                             Clerk of the Court
        316 Morris Ave., Suite 310              Ottawa County Circuit Court
        Muskegon, MI 49440                     414 Washington Street
                                                         Grand Haven, MI 49417

PLEASE TAKE NOTICE that Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. have filed a Notice of Removal with the United States District Court for the

Western District of Michigan and have removed the above action from this Court to the United States District Court for the Western District of Michigan. A copy of the Notice of Removal is attached as **Exhibit A**.

> Respectfully submitted,
>
> DYKEMA GOSSETT PLLC
>
> By: *(signature)*
> Mark D. van der Laan (P55921)
> Sarah E. Heineman (P66202)
> Attorneys for Ameriquest Mortgage
> Company, AMC Mortgage Services, Inc.,
> Ameriquest Mortgage Securities, Inc.,
> Deutsche Bank National Trust Company, and
> Ameriquest Mortgage Securities, Inc.,
> 300 Ottawa Avenue N.W., Suite 700
> Grand Rapids, MI 49503
> (616) 776-7500

Date: November 21, 2006

GR01\97181.1
ID\MDV