UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

06 NOV 22 AM 8:53

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. 1:06 CV0828

Honorable _____

**Wendell A. Miles
Senior, U.S. District Judge**

---

Craig L. Monette (P58420)
Attorney for Plaintiffs
316 Morris Ave., Suite 310
Muskegon, MI 49440
231-725-6100

Mark D. van der Laan (P55921)
Sarah E. Heineman (P66202)
Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.
Dykema Gossett PLLC
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

### AFFIDAVIT OF MARK D. VAN DER LAAN

State of Michigan    )
                         )
County of Kent      )

    Mark D. van der Laan, being first duly sworn, deposes and says that he is an attorney of Dykema Gossett PLLC, attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. and that

he has read the foregoing Notice of Removal, and knows the contents thereof to be true, except as to those matters stated to be upon information and belief, and as to those matters he believes them to be true.

Dated: November 21, 2006

Mark D. van der Laan (P55921)

Subscribed and Sworn to before me
on this 21st day of November, 2006.

Patrice Ann Geroux, Notary Public
Kent County, Michigan
My commission expires: June 1, 2008
Acting in Kent County, Michigan

GR01\97185.1
ID\MDV