UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

06 NOV 22 AM 8: 54

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. __1:06CV0828__

Honorable __Wendell A. Miles__
Senior, U.S. District Judge

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

### DEFENDANTS' STATEMENTS OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Defendants, by counsel, Dykema Gossett PLLC, pursuant to Fed. R. Civ. P. 7.1, make the following disclosures:

Defendant Ameriquest Mortgage Company makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____    No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party: N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____        No \_\_X\_\_

    If the answer is "Yes", list below the identity of such corporate or affiliate and the nature of the financial interest.

Defendant AMC Mortgage Services, Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____        No \_\_X\_\_

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party: N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____        No \_\_X\_\_

    If the answer is "Yes", list below the identity of such corporate or affiliate and the nature of the financial interest.

Defendant Deutsche Bank National Trust Company makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes \_\_X\_\_        No _____

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party: Deutsche Bank AG is the parent corporation of Deutsche Bank National Trust Company.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____        No \_\_X\_\_

If the answer is "Yes", list below the identity of such corporate or affiliate and the nature of the financial interest.

Defendant AMC Mortgage Securities, Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____     No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party: N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____     No __X__

    If the answer is "Yes", list below the identity of such corporate or affiliate and the nature of the financial interest.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: _____
Mark D. van der Laan (P55921)
Sarah E. Heineman (P66202)
Attorneys for Ameriquest Mortgage
Company, AMC Mortgage Services, Inc.,
Ameriquest Mortgage Securities, Inc.,
Deutsche Bank National Trust Company, and
Ameriquest Mortgage Securities, Inc.,
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

Date: November 21, 2006

GR01\96940.1
ID\MDV

3