UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

06 NOV 22 AM 8:54

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. 1:06CV0828

Honorable **Wendell A. Miles**
**Senior. U.S. District Judge**

---

Craig L. Monette (P58420)
Attorney for Plaintiffs
316 Morris Ave., Suite 310
Muskegon, MI 49440
231-725-6100

Mark D. van der Laan (P55921)
Sarah E. Heineman (P66202)
Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.
Dykema Gossett PLLC
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

### CERTIFICATE OF SERVICE

Mark D. van der Laan states that on the 22nd day of November, 2006 he caused to be served a copy of CIVIL COVER SHEET; DEFENDANTS' AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES, NOTICE OF REMOVAL, AFFIDAVIT OF MARK D. VAN DER LAAN, CORPORATE

DISCLOSURE STATEMENT, NOTICE OF FILING NOTICE OF REMOVAL AND THIS CERTIFICATE OF SERVICE on counsel for Plaintiffs, addressed to him at his above address by First-Class mail, postage prepaid.

Dated: November 22, 2006

*[signature]*
Mark D. van der Laan

GR01\97186.1
ID\MDV

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•306 OTTAWA AVENUE N.W. SUITE 700•GRAND RAPIDS, MICHIGAN 49503