UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

Patrick J. Vermurlen, et al.,

        Plaintiff(s),         Case No.  1:06-cv-828

-vs-

        Hon. Wendell A. Miles

Ameriquest Mortgage Company, et al.,

        Defendant(s).
_____/

## NOTICE OF RECEIPT OF CASE

Notice is hereby given that this case has been removed from Ottawa County Circuit Court and filed in this court on 11/22/2006.  It has been assigned the case number and judge set forth above.

RONALD C. WESTON, SR.
CLERK OF THE COURT

By   /s/ cr
      Deputy Clerk

Dated:  November 28, 2006