UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:06-CV-828 (WAM) | FEB 9, 2007 | 9:30 - 9:47 AM | Grand Rapids | Brenneman |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| **PATRICK J. VERMURLEN;** **SHERRIE R. VERMURLEN** | **AMERIQUEST MORTGAGE COMPANY;** **AMC MORTGAGE SERVICES, INC.;** **DEUTSCHE BANK NATIONAL TRUST** |

**APPEARANCES**

| Plaintiff: | Defendant: |
|---|---|
| **Craig L. Monette** | **Mark D. van der Laan** |

**WITNESSES**

_____  P D          _____  P D

_____  P D          _____  P D

**PROCEEDINGS/NATURE OF HEARING:**

**RULE 16 SCHEDULING CONFERENCE** held; case management order to issue.

Proceedings digitally recorded.                    Courtroom Clerk:   ddk