UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. VERMURLEN, et al.,

        Plaintiffs,

                                      Case No. 1:06-cv-828

v.

                                      HON. WENDELL A. MILES

AMERIQUEST MORTGAGE
COMPANY, et al.,                            NOTICE OF SELECTION
                                                                 OF STANDARD TRACK
        Defendants.                        CASE EVALUATION PANEL
_____/

TO:     All Counsel

       The following persons, having no conflicts of interest, have agreed to serve as case evaluators in this matter:

**Buchanan**, **Robert J.**, Buchanan & Beckering, PLC, 171 Monroe Ave., NW, Ste. 750, Grand Rapids, MI 49503. Telephone: (616) 458-2464. Fax: (616) 458-0608. Email: rjb@buchananbeckering.com. Areas of practice: Medical malpractice, personal injury, product liability, and commercial litigation.

**Kuiper, Thomas A.**, Kuiper Orlebeke, PC, 180 Monroe Ave., NW, Ste. 400, Grand Rapids, MI 49503. Telephone: (616) 454-3700. Fax: (616) 454-0441. Email: kuiper@kuiperorlebeke.com. Areas of practice: Commercial litigation, real estate litigation, and personal injury litigation.

**Neckers, Craig S.**, Smith Haughey, Rice & Roegge, PC, 200 Calder Plaza Bldg., 250 Monroe Ave., NW, Grand Rapids, MI 49503. Telephone: (616) 774-8000. Fax: (616) 774-2461. Email: cneckers@shrr.com. Areas of practice: Commercial and complex litigation, product liability litigation, and personal injury litigation.

Thomas A. Kuiper will serve as the chairperson and host the hearing at the offices of Kuiper & Orlebeke, PC, in Grand Rapids, MI. The hearing is to be held **no later than September 30, 2007.**

**Plaintiff's counsel shall promptly coordinate schedules and efile the notice of hearing, including in the notice due dates for fees and briefs.** Please refer to the Case Evaluation Program Description available on the Court's website at: http://www.miwd.uscourts.gov/ADR/ce_program_desc.htm. for specific guidelines.

Dated: March 2, 2007                          */s/ Mary Jo Schumacher*
                                                       Mary Jo Schumacher
                                                        ADR Administrator

cc: Evaluators (via email)