**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

        Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

        Defendant.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

**ORAL ARGUMENT REQUESTED**

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiff<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION FOR SUMMARY JUDGMENT**

    Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company, by counsel, Dykema Gossett PLLC, move under Fed. R. Civ. P.56(c) for Summary Judgment and dismissal of Plaintiffs' lawsuit with prejudice. This Motion is based upon the facts and law set forth in the accompanying brief in support, and the pleadings and documents on file with the Court.

Concurrence in this Motion was sought from Plaintiffs' counsel on March 9, 2007, via telephone, in which Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, Ameriquest Mortgage Securities, Inc.'s counsel explained the nature of this motion and its legal basis, and concurrence was not granted, necessitating this motion.

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. request oral argument based upon the belief that oral argument will assist the Court in reaching a full understanding of the underlying facts and issues in this case.

FOR THESE REASONS, and those stated in the accompanying brief in support, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, Ameriquest Mortgage Securities, Inc. respectfully request that the Court grant their Motion for Summary Judgment and enter an Order dismissing Plaintiffs' lawsuit in its entirety with prejudice and award them their costs and attorneys fees.

Respectfully submitted,

DYKEMA GOSSETT PLLC

Date: March 9, 2007

By: */s/ Mark D. van der Laan*
Mark D. van der Laan (P55921)
Sarah E. Heineman (P66202)
Attorneys for Ameriquest Mortgage
Company, AMC Mortgage Services, Inc.,
Ameriquest Mortgage Securities, Inc., and
Deutsche Bank National Trust Company
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

GR01\99676.1
ID\MDV

2