UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. 1:06-cv-0828

Honorable Wendell A. Miles

---

Craig L. Monette (P58420)
Attorney for Plaintiffs
316 Morris Ave., Suite 310
Muskegon, MI  49440
231-725-6100

Mark D. van der Laan (P55921)
Sarah E. Heineman (P66202)
Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.
Dykema Gossett PLLC
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

---

### CERTIFICATE OF SERVICE

    Mark D. van der Laan states that on the 9th day of March, 2007 he caused to be served a copy of **Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.'s Rule 26(a)(1) Disclosures** and **Voluntary Exchange** on counsel for Plaintiffs, addressed to him at his above address by First-Class mail, postage prepaid.

Dated:  March 9, 2007                         */s/ Mark D. van der Laan*
                                                    Mark D. van der Laan

GR01\97186.2
ID\MDV