**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendant.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S EXPERT WITNESS DISCLOSURE**

Pursuant to the Court's Case Management Order, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. disclose the following experts who may be called to testify at trial in this matter:

1.    All necessary rebuttal expert witnesses.

2. Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. reserve the right to list additional expert witnesses and rebuttal expert witnesses as justice may require.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: */s/ Mark D. van der Laan*
 Mark D. van der Laan (P55921)
 Sarah E. Heineman (P66202)
 Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company
 300 Ottawa Avenue N.W., Suite 700
 Grand Rapids, MI 49503
 (616) 776-7500

Date: April 6, 2007

GR01\101505.1
ID\MDV