FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PATRICK J. VERMURLEN and
SHERRIE R. VERMURLEN,

      Plaintiffs,                      Civil Action No. 1:06-cv-0828

vs.                                      Honorable Wendell A. Miles

AMERIQUEST MORTGAGE
COMPANY, Mortgagees; AMC
MORTGAGE SERVICES, Assignee;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Assignee and/or
Trustee of AMERIQUEST MORTGAGE
SECURITIES, INC.,

      Defendants.

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI  49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage<br>Company, AMC Mortgage Services,<br>Inc., Deutsche Bank National Trust<br>Company, and Ameriquest Mortgage<br>Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

EXHIBITS 1 - 5
PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR
SUMMARY JUDGMENT

PLAINTIFF'S EXHIBIT ___1___.

# NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:  March 29, 2004
LOAN NO.:   0072954704 - 7424
TYPE:   ADJUSTABLE RATE

BORROWER(S): Patrick J. Vermurlen        Sherrie R. Schofield

ADDRESS:        791 W. 26th St # W
CITY/STATE/ZIP:   Holland,MI 49423

PROPERTY:   791 W 26TH ST # W
            HOLLAND,  MI  49423

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

March 29th 2004

or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

## HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1100 Town and Country Road, Suite 200**
**Orange, CA 92868**

ATTN:  **FUNDING**
PHONE: **(714)541-9960**
FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

April 1ST 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 3/29/04
BORROWER/OWNER Patrick J. Vermurlen    Date

_____ 3/29/04
BORROWER/OWNER Sherrie R. Schofield    Date

_____
BORROWER/OWNER                    Date

_____
BORROWER/OWNER                    Date

7777777707070700076765242717744400775350
5637444230733315616471054007560437737760
1064-NRC (Rev 11/03)   12230756043737760122307662616030665511107
000000729547040400050101

**BORROWER COPY**

03/29/2004 9:25:18 AM

PLAINTIFF'S EXHIBIT __2__ .

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0072954704 - 7424          Borrower(s): Patrick J. Vermurlen
Date: March 29, 2004                                    Sherrie R. Schofield

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200  Orange, CA 92868
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Patrick J. Vermurlen                Date


Borrower/Owner  Sherrie R. Schofield                Date


Borrower/Owner                                       Date


Borrower/Owner                                       Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.


Borrower/Owner Signature                            Date

---

7777777707070700076765242717744400775350
5633744423073331561647105400756043737760
122307560437377601223076626070107573007
000000729547040404220101

S50 (10/00)

03/29/2004 9:25:18 AM

**BORROWER COPY**

PLAINTIFF'S EXHIBIT __3__.

# LAW OFFICES OF
# CRAIG L. MONETTE, PLC

October 4, 2006

Ameriquest Mortgage Company                              *Via Certified Mail*
c/o National Registered Agents, Inc.
712 Abbot Road
East Lansing, MI 48823

AMC Mortgage Services
c/o National Registered Agents, Inc.
712 Abbot Road
East Lansing, MI 48823

Deutsche Bank National Company
c/o Orlans Associates, PC
PO Box 5041
Troy, MI 48007-5041

Re:    Notice of rescission, claim and lien, Patrick J. Vermurlen & Sherrie R.
Vermurlen, 791 W. 26th St., Holland, MI 49423, Loan Number 0072954704 &
Loan Number 0038141230

To Whom It May Concern:

Patrick J. Vermurlen & Sherrie R. Vermurlen herby give notice that they
rescind the above loans for noncompliance with the Truth in Lending Act.
Please note that this law firm has been retained by the Vermurlens to file suit
against you and that we claim a lien upon said recovery for 1/3 or such
amount the court awards.  If you claim that the owner of the loan is other than
Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc, please
identify the owner pursuant to 15 USC §1641(d).  Also, please provide an
account history so that the proper amount to be tendered may be computed.

Sincerely,

Craig L. Monette

# AMERIQUEST®
## MORTGAGE COMPANY

PLAINTIFF'S EXHIBIT __4__.

October 18, 2006                *Via Federal Express*


Craig Monette, Esq.
Law Offices of Craig L. Monette, PLC
316 Morris Ave, Ste 310
Muskegon, Michigan 49440-1140


*Re:*     *Borrowers:*                              *Patrick & Sherrie Vermurlen*
           *Ameriquest Loan Numbers Ending In:* *XXXXXXX704 & XXXXXXX230*
           *Property Address:*                  *791 W. 26th Street*
                                           *Holland, Michigan 49423*


Dear Mr. Monette:

This letter is in response to your correspondence dated October 4, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' loan number 0072954704 transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that loan 0038141230 was originated on August 30, 2002 which puts this loan past the three year statue of limitations under the Truth in Lending Act.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II


cc: Diane Tiberend, Esq.



PLAINTIFF'S EXHIBIT __5__ .

04/03/2006

**Loan#0072954704**

# FORBEARANCE AGREEMENT

By these signatures below, PATRICK J VERMURLEN and SHERRIE R SCHOFIELD the recitals, terms, and conditions of the Forbearance Agreement and AMC Mortgage Services, Inc. ("Lender") in consideration for the Borrowers performance of the duties and obligations imposed hereby, agrees to forbear certain rights, privileges, and authority in accordance with the following:

It is acknowledged that Borrowers became indebted to Lender pursuant to a Loan Agreement and Promissory Note in the amount of $147,600.00. Said Note is secured by a Mortgage executed by Borrowers in favor of Lender, encumbering that certain property located at: 791 W 26TH ST # W, HOLLAND, MI, 49423.

It is acknowledged that borrowers are in default under the terms of the Note and Mortgage ("Loan Documents") and a started on .

It is acknowledged that the Loan may be reinstated and the default cured by the payment schedule below, plus all attorney fees and foreclosure fees and costs incurred by lender, to date of such cure. Lender's internal application of Borrowers payment to Borrowers Loan under the Forbearance Agreement shall not be deemed to cure the default referenced in the Publication unless and until the loan is fully reinstated in accordance with the terms of the payment schedule set forth below.

**DEFAULT AMOUNT**

DUE DATE: October 01, 2005

| | | |
|---|---|---|
| 6 payment(s) @ $1,119.27 for 10/01/2005 through 03/31/2006 | = $ | 6,715.62 |
| 1 payment(s) @ $1,119.27 for 04/01/2006 through 04/30/2006 | = $ | 1,119.27 |
| Late Charges | = $ | 640.56 |
| FCL Fees | = $ | 410.00 |
| Appraisal Fee | = $ | 1,885.00 |
| Inspection Fees | = $ | 80.00 |
| **TOTAL REQUIRED TO REINSTATE :** | $ | **10,850.45** |

PAYMENT SCHEDULE:

Application of Funds

| Pymt Due Date | Amt Due | To Fees | To Loan | Suspense Balance | Applied for Month of |
|---|---|---|---|---|---|
| 04/14/2006 | $2,726.60 | $2,375.00 | $0.00 | $351.60 | |
| 05/26/2006 | $2,046.09 | $0.00 | $2,238.54 | $159.15 | Oct 05, Nov 05 |
| 06/26/2006 | $2,046.09 | $0.00 | $1,119.27 | $1,085.97 | Dec 05 |
| 07/26/2006 | $2,046.09 | $0.00 | $2,238.54 | $893.52 | Jan 06, Feb 06 |
| 08/26/2006 | $2,046.09 | $0.00 | $2,238.54 | $701.07 | Mar 06, Apr 06 |
| 09/26/2006 | $2,046.09 | $0.00 | $2,445.66 | $301.50 | May 06, Jun 06(A) |
| 10/26/2006 | $2,046.09 | $0.00 | $1,326.39 | $1,021.20 | Jul 06 |
| 11/26/2006 | $2,046.09 | $0.00 | $2,652.78 | $414.51 | Aug 06, Sep 06 |
| 12/26/2006 | $2,046.09 | $0.00 | $1,326.39 | $1,134.21 | Oct 06 |
| 01/26/2007 | $2,046.09 | $0.00 | $2,652.78 | $527.52 | Nov 06, Dec 06(A) |
| 02/26/2007 | $2,046.09 | $0.00 | $1,326.39 | $1,247.22 | Jan 07 |
| 03/26/2007 | $2,046.12 | $640.56 | $2,652.78 | $0.00 | Feb 07, Mar 07 |

**NOTE: if we do not receive the executed forbearance agreement and $2,726.60 in certified funds on or before April 14, 2006 by 3:00pm PST, this offer will be rescinded and we will proceed with the foreclosure**

Created by Julian Ojeda

04/03/2006
**Loan#0072954704**

A= Adjustable Rate Change: The regularly monthly principal & interest payment on this loan may change due to the adjustable rate mortgage change per the original terms of your ARM note and mortgage. The ARM change/disclosure will be sent to by separate mail about 45 days prior to the scheduled change. If the ARM change has any effect on the repayment plan installment, we will also send you written notice by separate mail.
E= Escrow change: An escrow change will take place and may also change the total monthly payment of your loan due to a change in the escrow portion of your payment. The escrow change/disclosure will be sent to you by separate mail about 30 days prior to the scheduled change. If the escrow change has any effect on the repayment plan installment, we will also send you written notice by separate mail."

## Payments

The payments under the Plan are due on the **Twenty-Sixth** of each month (or the previous business day if the **Twenty-Sixth** of the month falls on a Saturday or Sunday), and **you do not have a "grace period".** EACH PAYMENT MUST BE MADE WITH A CASHIER'S CHECK OR MONEY ORDER! Personal checks will not be accepted. Please mail payments to:

AMC Mortgage Services, Inc.
505 City Parkway West, Suite 100,
Orange, CA 92868
Attn: Home Retention Department

## Forbearance

Nothing set forth herein shall be considered as a waiver by Lender of the Specified Defaults (which defaults Lender will suffer to exist only upon the terms set forth in this Forbearance Agreement) or of any other Events of Defaults which may occur or which may be disclosed to or be discovered by the Lender prior to the expiration date. Upon the occurrence, disclosure or discovery of any other Default or Event of Default prior to the expiration date, the forbearance period shall immediately terminate, at Lender's election and Lender may enforce any or all of its remedies under the Loan Documents. Should borrowers fail to make any of the required payments under the Forbearance Agreement, Lender shall immediately exercise any and all of its rights under the Loan Documents without further notice to borrowers.

## Credit Reporting

The status of your loan will be reported monthly to all respective credit reporting agencies for the duration of this Agreement and thereafter. Accordingly, for the duration of this Agreement and thereafter, AMC Mortgage Services will report your Loan as delinquent if your Loan is not completely contractually current under your Loan documents, even if you make timely payments to AMC Mortgage Services in accordance with the Schedule or Amended Schedule, if any. This Agreement does not constitute an agreement by AMC Mortgage Services to waive any reporting of the delinquency status of your Loan payments. AMC Mortgage Services specifically reserves any rights it may have relating to your Loan, including any rights it may have under your note and security instrument.

## Merger

This Forbearance Agreement merges all negotiations, stipulations, and provisions relating to the subject matter of this Forbearance Agreement which preceded or may accompany the execution of this Forbearance Agreement.

## Governing Law

This Forbearance Agreement shall be construed in accordance with and governed by the internal laws, other than choice of laws, of the State of Michigan, regardless of where executed or performed. If any provisions of the Forbearance Agreement shall be determined to be invalid, void or illegal, such provision shall be construed and amended in a manner which would permit its enforcement, but in no event shall such provision affect, impair or invalidate any other provision hereof.

## Loan Documents

Borrowers hereby confirm the validity and effectiveness of the Loan Documents in the light of the terms and provisions of the Forbearance Agreement. This acknowledgment and confirmation shall in no way be deemed to constitute a requirement or admission by Lender that any such acknowledgment or confirmation is required to maintain the effective of the Loan Documents, no such acknowledgment and confirmation being so required. Except as expressly modified herein, the Loan Documents shall remain in full force and effect.

## Releases

Effective upon the execution hereof, and notwithstanding any failure of Borrowers to satisfy any of the conditions precedent set forth above, Borrowers hereby agree that, without any further act, Lender is fully and forever released and discharged from any and all claims for damages or losses to Borrower's property or person (whether these damages or losses are known or unknown, foreseen or unforeseen, or patent or latent) including, without limitation, tort claims, demands, actions and causes of action of any nature, whatsoever arising under or relating to the Loan Documents or any of the transactions related thereto, prior to the date hereof, and borrowers waive application of California Civil Code Section 1542 which states the following:

Created by Julian Ojeda

04/03/2006

**Loan#0072954704**

> A general release does not extend to claims which the creditor does not know
> or suspect to exist in his favor at the time of executing the release, which
> if known by him must have materially affected his settlement with the debtor.

Furthermore, Borrowers acknowledge that they intend these consequences even as to claims for damages that may exist as of the date of this release but which they do not know exist, and which, if known, would materially affect their decision to execute this Forbearance Agreement, regardless of whether their lack of knowledge is the result of ignorance, oversight, negligence, or any other cause.

Borrowers certify that they have read the provisions of California Civil Code Section 1542 and indicates by signing their initials here:

_____PJV_____ ("Borrower")    _____SRV_____ ("Borrower")

**Significance of Headings**

Section headings contained herein are solely for the purpose of aiding the speedy location of subject matter and are not, in any sense, to be given weight in the construction of the Forbearance Agreement. Accordingly, in case of any question, with respect to the construction of the Forbearance Agreement, it is to be construed as though section headings have been omitted.

Lender hereby agrees to forbear its right to foreclose upon the subject property/properties pursuant to said Deed of Trust express condition that Borrowers sign and return the original of the Forbearance Agreement and pays the Lender the scheduled payments set forth above. Nothing herein shall be construed as prohibiting the Lender's right to continue foreclosure unless Borrowers cure and reinstate the Loan and makes future regular payments as agreed. Time is of the essence with respect to the provisions of this Forbearance Agreement.

It is understood that Lender makes no other representations or warranties than as expressly stated above and Lender shall not be prohibited from the exercise of any lawful right except as herein stated and agreed to by Borrowers.

**BORROWERS UNDERSTAND AND AGREE THAT SHOULD THEY BE LATE IN THE MAKING OF ANY PAYMENT DUE UNDER THIS FORBEARANCE AGREEMENT, LENDER WILL BE ABLE TO FORECLOSE UPON THE PROPERTY IMMEDIATELY WITHOUT NOTICE TO BORROWERS.**

**READ, ACKNOWLEDGED, AND AGREED UPON, FOR BORROWERS:**

By: _____ Date: 4-5-06
PATRICK J VERMURLEN

By: _____ Date: 4-5-06
SHERRIE R SCHOFIELD

Created by Julian Ojeda