UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PATRICK J. VERMURLEN and
SHERRIE R. VERMURLEN,

       Plaintiffs,                          Civil Action No. 1:06-cv-0828

vs.                                          Honorable Wendell A. Miles

AMERIQUEST MORTGAGE
COMPANY, Mortgagees; AMC
MORTGAGE SERVICES, Assignee;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Assignee and/or
Trustee of AMERIQUEST MORTGAGE
SECURITIES, INC.,

       Defendants.

---

| | |
|---|---|
| Craig L. Monette (P58420) | Mark D. van der Laan (P55921) |
| Attorney for Plaintiffs | Sarah E. Heineman (P66202) |
| 316 Morris Ave., Suite 310 | Attorneys for Ameriquest Mortgage |
| Muskegon, MI  49440 | Company, AMC Mortgage Services, |
| 231-725-6100 | Inc., Deutsche Bank National Trust |
| | Company, and Ameriquest Mortgage |
| | Securities, Inc. |
| | Dykema Gossett PLLC |
| | 300 Ottawa Avenue N.W., Suite 700 |
| | Grand Rapids, MI 49503 |
| | (616) 776-7500 |

## PLAINTIFFS, PATRICK AND SHERRIE VERMURLEN, MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Patrick and Sherrie Vermurlen move under Fed. R. Civ. P.56(c) for Summary Judgment and request that the Court grant a judgment in their favor. This Motion is based upon the facts and law set forth in the accompanying brief in support, and the pleadings and documents on file with the Court.

1

Concurrence in this Motion was generally discussed with Defendants' counsel on March 9, 2007 in which the parties discussed settlement options. Since a settlement was not reached, Defendants filed a motion for summary judgment and in response Plaintiffs have filed this motion.

FOR THESE REASONS, and those stated in the accompanying brief in support, Plaintiffs, Patrick and Sherrie Vermurlen respectfully request that the Court grant their Motion for Summary Judgment and enter an Order in favor of Plaintiffs and award them their costs and attorneys fees.


Dated: April 30, 2007                              Respectfully submitted,

                                                                                By: */s/ Craig L. Monette*
                                                                                 Craig L. Monette (P58420)
                                                                                 Attorney for Plaintiffs
                                                                                 316 Morris Ave., Suite 310
                                                                                 Muskegon, MI  49440
                                                                                 231-725-6100