FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

| | |
|---|---|
| PATRICK J. VERMURLEN and<br>SHERRIE R. VERMURLEN, | |
| Plaintiffs, | Civil Action No. 1:06-cv-0828 |
| vs. | Honorable Wendell A. Miles |
| AMERIQUEST MORTGAGE<br>COMPANY, Mortgagees; AMC<br>MORTGAGE SERVICES, Assignee;<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, as Assignee and/or<br>Trustee of AMERIQUEST MORTGAGE<br>SECURITIES, INC., | |
| Defendants. | |

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>Sarah E. Heineman (P66202)<br>Attorneys for Ameriquest Mortgage<br>Company, AMC Mortgage Services,<br>Inc., Deutsche Bank National Trust<br>Company, and Ameriquest Mortgage<br>Securities, Inc.<br>Dykema Gossett PLLC<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

<u>EXHIBITS 1-6, 8,9</u>
<u>PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT</u>

# Settlement Statement
## Optional Form for Transactions without Sellers

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0491

**WLI**

**Name & Address of Borrower:**
Patrick J. Vermurlen   Sherrie R. Schofield

791 W. 26th St # W   Holland, MI 49423

**Property Location:** (if different from above)

791 W 26TH ST # W, HOLLAND, MI 49423

**Name & Address of Lender:**
Ameriquest Mortgage Company
10600 White Rock Road, Suite 20-24
Rancho Cordova, CA 95670

**Settlement Agent:** LENDER'S FIRST CHOICE

**Place of Settlement:** 3850 ROYAL AVE  SIMI VALLEY, CA  93063

## L. Settlement Charges

| | | |
|---|---|---|
| **800. Items Payable in Connection with Loan** | | |
| 801. Loan origination fee   % to | | |
| 802. Loan discount 5.000 % to Ameriquest Mortgage Company | $7,380.00 | |
| 803. Apprsl/Prop Val to  apprisal one of michigan | $350.00 | |
| 804. Credit report to | | |
| 805. Inspection fee to | | |
| 806. | | |
| 807. | | |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | $35.00 | |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | $16.00 | |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | $626.00 | |
| 813. Admin to Ameriquest Mortgage Company | $239.00 | |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee   % to | | |
| 817. Application Fee to  Ameriquest Mortgage Company | $360.00 | |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |

**Loan Number:** 0072954704 - 7424
**Settlement Date:** Estimated 04/05/2004

### M. Disbursement to Others

| | | |
|---|---|---|
| 1501. AMERIQUEST | | $123,567.70 |
| 1502. HAZARD INSURANCE (W) | | $607.00 |
| 1503. TAXES (W) | | $213.60 |
| 1504. | | |
| 1505. | | |
| 1506. | | |
| 1507. | | |
| 1508. | | |
| 1509. | | |
| 1510. | | |

### 900. Items Required by Lender to be Paid in Advance

| | |
|---|---|
| 901. Interest from 04/05/2004 to 05/01/2004 @ $33.77 per day | $878.02 |
| 902. Mortgage insurance premium for        months to | |
| 903. Hazard ins prem to | $0.00 |
| 904. Flood Ins prem to | |

### 1000. Reserves Deposited with Lender

| | |
|---|---|
| 1001. Hazard insurance  months @ $  per month | |
| 1002. Mortgage insurance  months @ $  per month | |
| 1003. Earthquake Ins  months @ $  per month | |
| 1004. County prop. taxes  months @ $  per month | |
| 1005. Annual assess  months @ $  per month | |
| 1006. Flood  months @ $  per month | |
| 1007. Windstorm Ins  months @ $  per month | |
| 1008. | |

| | |
|---|---|
| 1511. | |
| 1512. | |
| 1513. | |
| 1514. | |
| 1515. | |
| **1520. TOTAL DISBURSED** (enter on line 1603) | $124,388.30 |

Total Wire:   $13,923.28

### 1100. Title Charges

| | | |
|---|---|---|
| 1101. Settlement or closing fee to  AMTS SIGNING | $225.00 | |
| 1102. Abstract or title search to  LENDER'S FIRST CHOICE | $175.00 | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to  LENDER'S FIRST CHOICE | $614.00 | |
| 1109. Lender's coverage | $614.00 | |
| 1110. Owner's coverage  $ | | |
| 1111. Settlement/Disbursement fee to  LENDER'S FIRST | $505.00 | |
| 1112. Escrow Fee to | | |

```
77777777070707000767652427177444007652 41
5633755422073331561647105400756043737760
12230774241737560100107471516222456 10007
000000729547040305170201
```

### 1200. Government Recording and Transfer Charges

| | |
|---|---|
| 1201. Recording fees | $71.00 |
| 1202. City/county tax/stamps | |
| 1203. State tax/ stamps | |
| 1204. State specific fee | |
| 1205. State specific fee | |

### N. NET SETTLEMENT

| | |
|---|---|
| 1600. Loan Amount | 147,600.00 |
| 1601. **Plus** Cash/Check from Borrower | |
| 1602. **Minus** Total Settlement Charges (line 1400) | $11,524.02 |
| 1603. **Minus** Total Disbursements to Others (line 1520) | $124,388.30 |
| 1604. **Equals** Disbursements to Borrower (after expiration of any applicable rescission period) | $11,687.68 |

### 1300. Additional Settlement Charges

| | |
|---|---|
| 1301. Demand to | |
| 1302. Pest Inspection to | |
| 1303. Survey Fee | |
| 1304. Staff Appraiser Fee | |
| 1305. Reconveyance Fee to | |
| 1306. | |
| 1307. Property Val Fee to | |
| 1308. Courier Fee | $50.00 |
| **1400. Total Settlement Charges** (enter on line 1602) | $11,524.02 |

Borrower(s) Signature(s):

X _____

Approved for Funding By: _____   Approved: _____   Branch: Rancho Cordova, CA 95670

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0072954704 - 7424  
Date: March 29, 2004

Borrower(s): Patrick J. Vermurlen  
Sherrie R. Schofield

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company  
1100 Town and Country Road, Suite 200  Orange, CA 92868  
ATTN: Funding Department  
Phone: (714)541-9960  
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  Patrick J. Vermurlen            Date

Borrower/Owner  Sherrie R. Schofield            Date

Borrower/Owner                                  Date

Borrower/Owner                                  Date

---

**REQUEST TO CANCEL**

I/We want to cancel loan #_____.

Borrower/Owner Signature                        Date

---

7777777707070700076765242717744400775350
56337444230733315616471054007560437377760
12230756043737760122307662607010757300007
0000007295470404042201 01

850 (10/00)

03/29/2004 9:25:18 AM

**BORROWER COPY**

PLAINTIFF'S EXHIBIT __3__.

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   March 29, 2004
LOAN NO.:   0072954704 - 7424
TYPE:   ADJUSTABLE RATE

BORROWER(S):  Patrick J. Vermurlen       Sherrie R. Schofield

ADDRESS:         791 W. 26th St # W
CITY/STATE/ZIP:  Holland, MI 49423

PROPERTY:   791 W 26TH ST # W
            HOLLAND, MI  49423

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
   March 29th 2004

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**           ATTN:   **FUNDING**
**1100 Town and Country Road, Suite 200**  PHONE:  **(714)541-9960**
**Orange, CA 92868**                       FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
April 1st 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____           _____
SIGNATURE                                       DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 3/29/04     _____ 3/29/04
BORROWER/OWNER  Patrick J. Vermurlen   Date     BORROWER/OWNER  Sherrie R. Schofield   Date

_____             _____
BORROWER/OWNER                    Date       BORROWER/OWNER                    Date

1064-NRC (Rev 11/03)

**BORROWER COPY**

03/29/2004 9:25:18 AM

# LAW OFFICES OF
# CRAIG L. MONETTE, PLC

PLAINTIFF'S EXHIBIT __4__.

October 4, 2006

Ameriquest Mortgage Company	*Via Certified Mail*
c/o National Registered Agents, Inc.
712 Abbot Road
East Lansing, MI 48823

AMC Mortgage Services
c/o National Registered Agents, Inc.
712 Abbot Road
East Lansing, MI 48823

Deutsche Bank National Company
c/o Orlans Associates, PC
PO Box 5041
Troy, MI 48007-5041

Re:   Notice of rescission, claim and lien, Patrick J. Vermurlen & Sherrie R. Vermurlen, 791 W. 26th St., Holland, MI 49423, Loan Number 0072954704 & Loan Number 0038141230

To Whom It May Concern:

Patrick J. Vermurlen & Sherrie R. Vermurlen herby give notice that they rescind the above loans for noncompliance with the Truth in Lending Act. Please note that this law firm has been retained by the Vermurlens to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount the court awards.  If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc, please identify the owner pursuant to 15 USC §1641(d).  Also, please provide an account history so that the proper amount to be tendered may be computed.

Sincerely,

Craig L. Monette

● 316 Morris Ave, Ste. 310, Muskegon, Michigan 49440-1140 ● 231-725-6100 (voice) ● 231-725-9112 (fax) ●

**AMERIQUEST®**
MORTGAGE COMPANY

PLAINTIFF'S EXHIBIT 5

October 18, 2006                                                                                          *Via Federal Express*

Craig Monette, Esq.
Law Offices of Craig L. Monette, PLC
316 Morris Ave, Ste 310
Muskegon, Michigan 49440-1140

| | |
|---|---|
| *Re:* | *Borrowers:* | *Patrick & Sherrie Vermurlen* |
| | *Ameriquest Loan Numbers Ending In:* | *XXXXXXX704 & XXXXXXX230* |
| | *Property Address:* | *791 W. 26th Street* |
| | | *Holland, Michigan 49423* |

Dear Mr. Monette:

This letter is in response to your correspondence dated October 4, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' loan number 0072954704 transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that loan 0038141230 was originated on August 30, 2002 which puts this loan past the three year statue of limitations under the Truth in Lending Act.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

cc: Diane Tiberend, Esq.






**CALL FOR A LOAN TODAY: 1-888-436-7571**

Home | Contact Us | Press | Best Practices | ABS Investors | Site Map

About Ameriquest

**ABOUT AMERIQUEST**

The Ameriquest Difference  
Best Practices  
Where We're Licensed  
Our Privacy Policy  
Special Offers  
Sponsorships & Promotions  
Ameriquest Field  
Ameriquest Racing  
Ameriquest in Your Community  
Our Mission  
Signature Programs  
Community Grants  
In the News  
Job Opportunities  
Open Positions  
Press  
▸ Press Releases  
Media Contact Info

**Press Releases**
**AMERIQUEST IS IN THE NEWS**

**AMERIQUEST ANNOUNCES AGREEMENT WITH STATES**

ORANGE, Calif., January 23, 2006 – ACC Capital Holdings Corp ("ACCCH"), parent of Ameriquest Mortgage Co., announced today an agreement with a committee of state Attorneys General and financial regulators representing a final resolution to an inquiry about Ameriquest's lending practices. Under the agreement, Ameriquest will implement a series of measures to enhance the company's business practices while continuing to help consumers meet their mortgage financing needs.

The company acknowledged no wrongdoing and there are no restrictions or limitations on the company's licenses.

As part of the agreement, ACCCH subsidiaries Ameriquest Mortgage Company, AMC Mortgage Services and Town & Country Credit Corporation (referred to collectively as "Ameriquest"), will strengthen their standards, policies and practices, taking a number of steps to better inform consumers and to eliminate potential conflicts of interest in the loan origination and funding processes.

"Doing the right thing for the people we serve has always been one of our core values. We regret those occasions when our associates have not met this ideal to our customers' expectations," said Aseem Mital, chief executive officer of ACCCH. "This agreement is good for consumers and fair to the company. It provides a framework for new lending policies that improve and enhance our ability to serve our customers and are a model for the industry."

Under the agreement, ACCCH has allocated $295 million over the next year to compensate borrowers. The funds will be designated for borrowers who obtained loans from Ameriquest between January 1, 1999 and December 31, 2005. In addition, the company will provide $30 million to reimburse the states for legal fees and other costs related to the states' inquiry. Distribution of the funds will be handled by an independent settlement administrator.

In addition to its financial commitment, the specific steps Ameriquest has agreed to take include:

- Ensuring that borrowers receive a simple one-page form clearly describing all loan terms at least three days before closing.

- Centralizing the appraisal process and instituting random selection of appraisers.

- Requiring sales associates to follow approved scripts to describe loan terms and conditions and ensure that competitive claims regarding interest rates are accurate.

- Implementing measures requiring customers to sign a statement at closing certifying that the information they provided to Ameriquest regarding their stated income is true and correct.

- Ensuring that Ameriquest will only refinance a non-prime loan if there is a benefit to the borrower.

- Using third-party closing agents to help prevent conflicts of interest.

Ameriquest also implemented a series of policies and programs as part of its best practices efforts prior to the agreement. This agreement reaffirms those enhancements, including:

- A mystery shopper program, which the company implemented in 2005, that independently verifies that branch associates are adhering to company policies and procedures.

- A "Same Rate" or risk-based pricing policy that the company established in 2003, which prices loans by a precise formula-driven model that uses objective measures of an individual's credit worthiness.

- A quality-based compensation system that the company implemented in 2005, which promotes the fair treatment of customers by including customer satisfaction and loan quality measures in the employee compensation equation.

- A whistleblower program that the company launched in 2004, which encourages associates to report inappropriate conduct.

- Spanish language loan documents and "Spanish certified" associates available in designated branches to assist Spanish-speaking consumers, continuing a program which has been in place since 2004. The company will now also provide loan documents in any other language in which it advertises in the future.

In addition to the company's internal monitoring, the agreement calls for the creation by the states of a compliance committee, which will oversee the agreement. An outside firm will also be hired to monitor compliance with the agreement over the next five years.

"Ameriquest worked cooperatively with the states to develop an agreement and ongoing policies that will serve as a model for the industry," said Florida Attorney General Charlie Crist. "We applaud their willingness to engage with us constructively on these issues and we urge others in the industry to adopt these improved practices."

"We've always had zero tolerance for inappropriate practices," Mital said. "Where we've found mistakes, we've worked hard to fix them. We're now putting in place even more stringent standards and institutional safeguards to ensure that our practices meet or exceed our customers' expectations. At the same time, Ameriquest remains on a solid financial footing and we're well positioned to move forward with our plans for disciplined, orderly growth. In fact, we believe these customer friendly measures will help us earn the trust of even more consumers and allow us to compete even more effectively for their business."

"The commitment of Ameriquest's management team to get to the root of our concerns was clear from day one," said New Mexico Attorney General Patricia Madrid. "This agreement is the result of a collaboration that will benefit consumers by increasing and improving the information borrowers receive about their loans and strengthening the lending process."

"Ameriquest is proud of the role it has played in bringing down the cost of home loans and making credit available to millions of Americans," said Adam Bass, senior executive vice president and vice chairman. "We will continue to help improve the quality of peoples' lives by being a national leader in providing home financing options that meet their needs."

**About ACC Capital Holdings and its Affiliate Companies**
ACC Capital Holdings, parent to Ameriquest Mortgage, AMC Mortgage Services, and Town & Country Credit, is headquartered in Orange, Calif. As national mortgage companies they help people achieve their home ownership dreams and financial freedom. To fulfill that mission, the companies originate and service home mortgage loans throughout the United States. ACC Capital Holdings and its affiliates employ thousands of associates nationwide. For more information about Ameriquest, AMC Mortgage Services and Town & Country Credit visit www.ameriquest.com, www.amcmortgageservices.com, and www.townandcountrycredit.com.

**Contacts:** Chris Orlando, Ameriquest, 714-558-5300, corlando@ameriquest.com

Back

Ameriquest Mortgage Company is an Equal Housing Lender. Licensing | Legal | Privacy & Security



© 2007 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town & Country Rd. Suite 1100, Orange, California 92868. (714) 541-9960.

PLAINTIFF'S EXHIBIT __8__.

Appendix H to Part 226--Closed-End Model Forms and Clauses

[[Page 331]]

    H-9--Rescission Model Form (Refinancing with Original Creditor)

NOTICE OF RIGHT TO CANCEL

Your Right to Cancel

    You are entering into a new transaction to increase the amount of credit previously provided to you. Your home is the security for this new transaction. You have a legal right under federal law to cancel this new transaction, without cost, within three business days from whichever of the following events occurs last:
    (1) the date of this new transaction, which is ----------------; or
    (2) the date you received your new Truth in Lending disclosures; or
    (3) the date you received this notice of your right to cancel.
    If you cancel this new transaction, it will not affect any amount that you presently owe. Your home is the security for that amount. Within 20 calendar days after we receive your notice of cancellation of this new transaction, we must take the steps necessary to reflect the fact that your home does not secure the increase of credit. We must also return any money you have given to us or anyone else in connection with this new transaction.
    You may keep any money we have given you in this new transaction until we have done the things mentioned above, but you must then offer to return the money at the address below.
    If we do not take possession of the money within 20 calendar days of your offer, you may keep it without further obligation.

How To Cancel

    If you decide to cancel this new transaction, you may do so by notifying us in writing, at

_____
_
(Creditor's name and business address).
    You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
    If you cancel by mail or telegram, you must send the notice no later than midnight of

_____
_
(Date)_____
_
(or midnight of the third business day following the latest of the three events listed above).
    If you send or deliver your written notice to cancel some other way,

it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____

Consumer's Signature
_____

Date

# H-8—Rescission Model Form (General)

NOTICE OF RIGHT TO CANCEL

## Your Right to Cancel

You are entering into a transaction that will result in a [mortgage/lien/ security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is _____; or

(2) the date you received your Truth in Lending disclosures; or

(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## How to Cancel

If you decide to cancel this transaction, you may do so by notifying us in writing, at

_____
(creditor's name and business address).

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (date) (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____    _____
Consumer's Signature                                        Date