# EXHIBIT A

## DECLARATION OF KAILYNN BOWLING

Kailynn Bowling, pursuant to 28 U.S.C. § 1746, declares from review of Ameriquest's records that the following is true:

1. I am the Manager, Resolution Operations, of Ameriquest Mortgage Company ("Ameriquest"). I make this Declaration based upon my review of Ameriquest's records and can competently testify to the facts contained herein if called upon to do so.

2. I have reviewed and am familiar with the records of Ameriquest pertaining to the mortgage loan accounts of Plaintiffs Patrick J. Vermurlen and Sherrie R. Vermurlen (the "Vermurlens") for loan account number 0038141230 and loan account number 0072954704.

3. On August 22, 2002, the Vermurlens executed an Adjustable Rate Note (the 2002 Note) in the amount of $124,000 with in an initial interest rate of 8.375%. The 2002 Note was secured by a mortgage on the Vermurlens' property. The first interest rate change on the 2002 Note was scheduled for September 1, 2004, at which point the rate on the 2002 Note would have increased to 10.375%.

4. The Vermurlens failed several times to make timely mortgage loan payments as required under the 2002 Note. On March 29, 2004, before the first interest rate change occurred, the Vermurlens refinanced and executed a new Adjustable Rate Note (the 2004 Note) in the amount of $147,600 with an initial rate of 8.350% (a decrease from the 2002 Note) with the first interest rate change scheduled for May 1, 2006. In conjunction with the refinance, Ameriquest did not charge the early prepayment penalty provided under the 2002 Note. The Vermurlens also took out more than $10,000 in cash as part of their 2004 refinance.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2007

Kailynn Bowling
Manager, Resolution Operations
Ameriquest Mortgage Company