# EXHIBIT B

## DECLARATION OF CARMEN ARMIJO

Carmen Armijo, pursuant to 28 U.S.C. § 1746, declares from review of Ameriquest's records that the following is true:

1. I am the Foreclosure Liaison of AMC Mortgage Services, Inc. I make this Declaration based upon my review of Ameriquest Mortgage Servicing, Inc.'s records and can competently testify to the facts contained herein if called upon to do so.

2. In March 2005, Ameriquest Mortgage Company formed a new subsidiary, AMC Mortgage Services, Inc., to service loans originated by Ameriquest Mortgage Company. As of March 2005, AMC Mortgage Services, Inc. began servicing the Vermurlens' 2004 mortgage loan account. I have reviewed and am familiar with the records of AMC Mortgage Services, Inc. pertaining to the 2004 mortgage loan account of Plaintiffs Patrick J. Vermurlen and Sherrie R. Vermurlen (the "Vermurlens").

3. On March 29, 2004, the Vermurlens refinanced with Ameriquest Mortgage Company and executed a new Adjustable Rate Note (the 2004 Note) which was secured by a Mortgage on their property. The Vermurlens later failed to make timely mortgage payments on their 2004 mortgage loan as required under the 2004 Note and fell into serious default on their 2004 mortgage loan obligations.

4. The Vermurlens and AMC Mortgage Services, Inc., the servicer of their 2004 Note and mortgage loan, discussed issues related to the mortgage loan transaction and the Vermurlens serious defaults. During April 2006, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and the Vermurlens reached an agreement to resolve all issues related to the Vermurlens' 2004 mortgage loan transaction and defaults, and the Vermurlens executed a Forbearance Agreement.

5.  Among other things, the Forbearance Agreement provided for reinstatement of the Vermurlens' loan and set an agreed payment schedule so that the Vermurlens would cure their defaults. AMC Mortgage Services, Inc. agreed to forbear from exercising its rights under the 2004 Note and Mortgage. The Vermurlens agreed to release all of their claims and potential claims against Ameriquest Mortgage Company and AMC Mortgage Services, Inc. related to their 2004 mortgage loan transaction.

6.  The Vermurlens did not meet the requirements under the Forbearance Agreement and a foreclosure action was commenced as permitted by the Forbearance Agreement.

7.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 16, 2007

*Carmen Armijo*
Carmen Armijo
Foreclosure Liaison
By: Ameriquest Mortgage Company
as Attorney in Fact by its authorized
agent AMC Mortgage Services, Inc.

2