# EXHIBIT D

Case 1:07-cv-06812   Document 23-5   Filed 05/17/2007   Page 1 of 2

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  March 29, 2004
LOAN NO.:  0072954704 - 7424
TYPE:  ADJUSTABLE RATE

BORROWER(S):  Patrick J. Vermurlen    Sherrie R. Schofield

ADDRESS:        791 W. 26th St # W
CITY/STATE/ZIP: Holland, MI 49423

PROPERTY:  791 W 26TH ST # W
           HOLLAND, MI 49423

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is   ENTER DOCUMENT SIGNING DATE  March 29th 2004

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company              ATTN:   FUNDING
1100 Town and Country Road, Suite 200    PHONE:  (714)541-9960
Orange, CA 92868                         FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   ENTER FINAL DATE TO CANCEL  April 1ST 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____        _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 3/29/04     _____ 3/29/04
BORROWER/OWNER Patrick J. Vermurlen   Date    BORROWER/OWNER Sherrie R. Schofield   Date

BORROWER/OWNER                   Date        BORROWER/OWNER                   Date

1064-NRC (Rev 11/03)
7777777707070700076765242717744400775350
5633744423073331561647105400756043737760
1223075604373776012230766261603066511107
000000729547040400050101

**LENDER COPY**

03/29/2004 9:25:18 AM