## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

       Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

       Defendants.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiff<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**STIPULATED ORDER FOR MODIFICATION OF SCHEDULING ORDER
TO EXTEND DISCOVERY AND SUMMARY JUDGMENT DEADLINES**

---

The parties, by their respective counsel, hereby stipulate and agree to modification of the Court's Scheduling Order to extend the deadlines for discovery and filing of summary judgment motions by sixty (60) days. The parties request that the discovery deadline be extended to October 9, 2007, and the summary judgment motion filing deadline be extended to November 9, 2007. The parties currently have summary judgment motions pending that could be dispositive

of some or all of the claims in the case.  In the event that the motions do not dispose of the entire case, the parties require additional time to complete discovery.  The parties further submit that no other deadlines are affected by the extension of dates.

                                                     Respectfully submitted,

Dated: 7/24/07                              By: /s/ *Craig L. Monette*
                                                      Craig L. Monette (P58420)
                                                      Attorney for Plaintiffs

Dated: 7/24/07                              By: /s/ *Mark D. van der Laan*
                                                      Mark D. van der Laan  (P55921)
                                                      DYKEMA GOSSETT PLLC
                                                      Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company

           IT IS SO ORDERED.

Dated: _____                     _____
                                                      HONORABLE WENDELL A. MILES
                                                      United States District Judge