UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. VERMURLEN and
SHERRIE R. VERMURLEN,

    Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,
Mortgagees; AMC MORTGAGE SERVICES,
Assignee; DEUTSCH BANK NATIONAL TRUST
COMPANY, as Assignee and/or Trustee of
AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.
_____/

Case No. 1:06-cv-828

Hon. Wendell A. Miles

## ORDER OF REFERENCE OF MOTION TO THE MAGISTRATE JUDGE

**IT IS ORDERED** that the parties' Stipulated Order for Modification of Scheduling Order to Extend Discovery and Summary Judgment Deadlines (Docket No. 25), is hereby referred to Magistrate Judge Hugh W. Brenneman, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A).


Dated: July 27, 2007
                                /s/ Wendell A. Miles
                                Wendell A. Miles
                                Senior U.S. District Judge