UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. VERMURLEN and
SHERRIE R. VERMURLEN,

       Plaintiffs,                                   Case No. 1:06-cv-828

v                                                    Hon. Wendell A. Miles

AMERIQUEST MORTGAGE COMPANY,
et al,

       Defendants.
_____/

**AMENDED CASE MANAGEMENT ORDER**

Pending before the court is a proposed stipulation by the parties to amend deadlines in the Case Management Order (docket no. 25). With the concurrence of the parties at a telephone conference held this date, the Case Management Order entered February 12, 2007 is amended as follows:

1. The discovery deadline is extended from August 9, 2007 to **October 9, 2007.**

2. The deadline for filing dispositive motions is extended from September 9, 2007 to **November 8, 2007.**

3. The Final Pretrial Conference, previously scheduled for January 3, 2008, shall be held on **Tuesday, March 18, 2008, at 2:00 p.m.**

4. Jury selection and trial, previously scheduled for January 14, 2008, shall commence **Monday, April 7, 2008, at 9:30 a.m.**

In all other respects, the Case Management Order remains unchanged.

IT I S SO ORDERED.

Dated: August 2, 2007 /s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge