# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendants.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**UNOPPOSED MOTION TO STAY ACTION PENDING OUTCOME OF 28 U.S.C. § 1407 MOTION TO TRANSFER ACTION AS A CASE RELATED TO MDL NO. 1715**

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. by counsel, Dykema Gossett PLLC, move for a stay of the proceedings pending a ruling on relatedness under 28 U.S.C. § 1407. As stated more fully in the accompanying brief in support of this motion, Defendants intend to move to transfer this action to the proceedings currently pending before

Judge Aspen, captioned In re Ameriquest Mortgage Lending Litigation, MDL 1715 (N.D. Ill.) ("the MDL proceedings"). It is likely that this action will be transferred to the MDL proceedings and will be subject to the stay.

This motion is unopposed. On October 2, 2007, counsel for Defendants conferred with Plaintiffs' counsel via telephone and email and obtained concurrence in this motion and agreement to stay the proceedings until such time as the MDL Panel determines whether this case shall be a "Tag Along" action. Defendants, therefore, request a stay of all proceedings until such time as the MDL Panel determines whether this case shall be a "Tag Along" action.

Respectfully submitted,

DYKEMA GOSSETT PLLC

Date: October 5, 2007

By: */s/ Mark D. van der Laan*
Mark D. van der Laan (P55921)
Attorneys for Ameriquest Mortgage
Company, AMC Mortgage Services, Inc.,
Deutsche Bank National Trust Company, and
Ameriquest Mortgage Securities, Inc.
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500

GR01\105244.1
ID\MDV