## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PATRICK J. VERMURLEN and SHERRIE
R. VERMURLEN,

        Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY,
Mortgagees; AMC MORTGAGE
SERVICES, Assignee; DEUTSCHE BANK
NATIONAL TRUST COMPANY, as
Assignee and/or Trustee of AMERIQUEST
MORTGAGE SECURITIES, INC.,

        Defendants.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Ameriquest Mortgage<br>Company, AMC Mortgage Services, Inc.,<br>Deutsche Bank National Trust Company, and<br>Ameriquest Mortgage Securities, Inc.<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

---

### BRIEF IN SUPPORT OF UNOPPOSED MOTION
### TO STAY ACTION PENDING OUTCOME OF 28 U.S.C. § 1407
### MOTION TO TRANSFER ACTION AS A CASE RELATED TO MDL NO. 1715

---

      Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest

Mortgage Securities, Inc., and Deutsche Bank National Trust Company by counsel, Dykema

Gossett PLLC, move for a stay of the proceedings pending a ruling on relatedness under 28

U.S.C. § 1407.  In support of their motion, Defendants state as follows:

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•300 OTTAWA AVENUE N.W., SUITE 700•GRAND RAPIDS, MICHIGAN 49503

On October 5, 2006, Plaintiffs filed their Complaint against Defendants alleging violations of law related to a mortgage transaction between Plaintiffs and Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company.  On October 2, 2007, Defendants' counsel advised Plaintiffs' counsel that Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company intend to move to transfer this action to the proceedings currently pending before Judge Aspen, captioned In re Ameriquest Mortgage Lending Litigation, MDL 1715 (N.D. Ill.) ("the MDL proceedings"). All cases assigned to the MDL proceedings are currently stayed.

It is likely that this action will be transferred to the MDL.  This Court has inherent power to stay its proceedings, and may control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants.  *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936).

Judicial economy and efficiency will be served by staying this action pending the outcome of the MDL Panel's hearing on the motion to transfer as a related case under 28 U.S.C. § 1407.  See, e.g., *Walker v. Merck & Co., Inc.*, 2005 U.S. Dist. LEXIS 13693 at *5 (S.D. Ill. June 22, 2005) (stay granted pending decision by Panel on transfer); *Bd. of Trustees of the Teachers' Retirement System of Illinois v. Worldcom, Inc.*, 244 F. Supp. 2d 900, 906 (N.D. Ill. 2002) (granting stay pending transfer decision).

This request is not intended to cause undue delay or annoyance, and no party will be prejudiced if the Motion is granted.  If the MDL Motion is granted and this case is transferred, Judge Aspen will decide the pre-trial issues and make pre-trial rulings in this case just as

expeditiously as this Court.  Even if some delay results from a temporary stay, the delay does not outweigh the judicial economy interests of such a stay.  *See Worldcom*, 244 F. Supp. 2d at 906.

This motion is unopposed.  On October 2, 2007, counsel for Defendants conferred with Plaintiffs' counsel via telephone and email and obtained concurrence in this motion and agreement to stay the proceedings until such time as the MDL Panel determines whether this case shall be a "Tag Along" action.  Defendants, therefore, request a stay of all proceedings until such time as the MDL Panel determines whether this case shall be a "Tag Along" action.

WHEREFORE, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company, respectfully request that the Court grant their motion, stay this matter, and grant such further relief as it deems appropriate.

Respectfully submitted,

DYKEMA GOSSETT PLLC

Date: October 5, 2007

By:*/s/ Mark D. van der Laan*
Mark D. van der Laan (P55921)
Attorneys for Ameriquest Mortgage
Company, AMC Mortgage Services, Inc.,
Ameriquest Mortgage Securities, Inc., and
Deutsche Bank National Trust Company
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI  49503
(616) 776-7500

GR01\105245.1
ID\MDV