# UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

PATRICK J. VERMURLEN and SHERRIE
R. VERMURLEN,

               Plaintiffs,                        Civil Action No. 1:06-cv-0828

vs.                                     HONORABLE WENDELL A. MILES

AMERIQUEST MORTGAGE COMPANY,
Mortgagees; AMC MORTGAGE
SERVICES, Assignee; DEUTSCHE BANK
NATIONAL TRUST COMPANY, as
Assignee and/or Trustee of AMERIQUEST
MORTGAGE SECURITIES, INC.,

               Defendants.

| | |
|---|---|
| Craig L. Monette (P58420) | Mark D. van der Laan (P55921) |
| Attorney for Plaintiffs | DYKEMA GOSSETT PLLC |
| 316 Morris Ave., Suite 310 | Attorneys for Ameriquest Mortgage |
| Muskegon, MI 49440 | Company, AMC Mortgage Services, Inc., |
| 231-725-6100 | Deutsche Bank National Trust Company, and |
| | Ameriquest Mortgage Securities, Inc. |
| | 300 Ottawa Avenue N.W., Suite 700 |
| | Grand Rapids, MI 49503 |
| | (616) 776-7500 |

## ORDER

Defendants' Unopposed Motion to Stay Action Pending Outcome of 28 U.S.C. § 1407
Motion to Transfer Action As A Case Related To MDL No. 1715 is hereby GRANTED.

IT IS ORDERED that all proceedings in this case are stayed until such time as the MDL
Panel determines whether this case shall be a "Tag Along" action to In re Ameriquest Mortgage
Lending Litigation, MDL 1715 (N.D. Ill.)

Dated: _____, 2007        _____

                                                   U.S. District Judge