**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

      Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

      Defendants.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

      Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. by counsel, Dykema Gossett PLLC, pursuant to Fed. R. Civ. P. 59(e) and Local Civ. R. 7.4, respectfully move this Court to reconsider and modify its Opinion and Order, dated October 9, 2007, which ordered remand of this case to the Ottawa County Circuit Court to proceed on Plaintiffs' remaining state law claims.

As stated more fully in the accompanying Brief in Support, Defendants removed this action to the United States District Court for the Western District of Michigan based on diversity jurisdiction, as well as federal question jurisdiction. Because diversity jurisdiction remains, a remand to the Ottawa County Circuit Court is inappropriate. As such, Defendants respectfully request that the Court reconsider and modify its judgment pursuant to Fed. R. Civ. P. 59(e) and Local Civ. R. 7.4.

This motion is unopposed. Pursuant to Local Civ. R. 7.1(d), counsel for Defendants conferred with Plaintiffs' counsel via telephone on October 11, 2007 and obtained concurrence in this motion.

Respectfully submitted,

DYKEMA GOSSETT PLLC

Date: October 11, 2007

By:*/s/ Mark D. van der Laan*
Mark D. van der Laan (P55921)
Attorneys for Ameriquest Mortgage
Company, AMC Mortgage Services, Inc.,
Deutsche Bank National Trust Company, and
Ameriquest Mortgage Securities, Inc.
300 Ottawa Avenue N.W., Suite 700
Grand Rapids, MI  49503
(616) 776-7500

GR01\105535.1
ID\MEW