**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICK J. VERMURLEN and SHERRIE R. VERMURLEN,

        Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY, Mortgagees; AMC MORTGAGE SERVICES, Assignee; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,

        Defendants.

Civil Action No. 1:06-cv-0828

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Craig L. Monette (P58420)<br>Attorney for Plaintiffs<br>316 Morris Ave., Suite 310<br>Muskegon, MI 49440<br>231-725-6100 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500 |

**DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION**

Pursuant to Fed. R. Civ. P. 59(e) and Local Civ. R. 7.4, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc. by counsel, Dykema Gossett PLLC, respectfully request that this Court reconsider and modify its Opinion and Order, dated October 9, 2007, which ordered remand of this case to the Ottawa County Circuit Court to proceed on Plaintiffs' remaining state law claims.

**I.     Statement of Relevant Facts.**

On November 26, 2006, Defendants filed a Summons and Notice of Removal, removing this action from the Ottawa County Circuit Court to the United States District Court for the Western District of Michigan, Southern Division, pursuant to 28 U.S.C. §§ 1331 and 1332. Not only was the case removed on the basis of federal question jurisdiction, due to the claims arising under the Truth in Lending Act ("TILA") 15 U.S.C. § 1601 et seq., removal was also based on diversity jurisdiction.

As stated in Defendants' Summons and Notice of Removal, this Court has original jurisdiction based on 28 U.S.C. § 1332. First, this case involves a civil action between citizens of different states.

- Plaintiffs are citizens and residents of the State of Michigan.

- Defendant Ameriquest Mortgage Securities, Inc. is a Delaware corporation with its principal place of business in the State of California and was not and is not a citizen of the State of Michigan, where this action was brought.

- Defendant Ameriquest Mortgage Company is a Delaware corporation with its principal place of business in the State of California and was not and is not a citizen of the State of Michigan, where this action was brought.

- Defendant Deutsche Bank National Trust Company is a California company and is not incorporated in Michigan, with its principal place of business in the State of California, and was not and is not a citizen of the State of Michigan, where this action was brought.

Second, the alleged value of Plaintiffs' claims are in excess of the amount of $75,000, exclusive of interest, costs, and attorneys fees. As such removal was proper on the basis of diversity jurisdiction, as well as federal question jurisdiction.

On October 9, 2007, this Court issued its Opinion and Order in connection with two Motions for Summary Judgment. In the Order, this Court granted Defendants' Motion for Summary Judgment on Plaintiffs' claim under TILA and dismissed Plaintiffs' claim under the

Michigan Consumer Protection Act. This Court ordered remand of the two remaining state claims to the Ottawa County Circuit Court, noting that "[a] district court should remand a properly removed case to state court if all federal law claims have been eliminated and only state law claims remain." October 9, 2007 Opinion and Order. This Court's decision, however, overlooks the fact that this case was properly removed on the basis of diversity jurisdiction.

## II. Law and Argument.

Motions for reconsideration are governed by Local Rule 7.4. That rule provides:

> Generally, and without restricting the discretion of the Court, motions for reconsideration which merely present the same issues ruled upon by the Court shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been mislead, but also show that a different disposition of the case must result from a correction thereof.

Local Rule 74.(a). Defendants' motion meets both of these prerequisites. Circumstances have not changed since the filing of Defendants' Summons and Notice of Removal. The parties continue to be citizens of different states and Plaintiffs' claims continue to be in excess of $75,000, exclusive of interest, costs, and attorneys fees. As such, a palpable defect in the Court's October 9, 2007 Order exists because the Order is contrary to 28 U.S.C. § 1332, which explicitly states that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States." 28 U.S.C. § 1332(a). Further, a different disposition necessarily would result from a correction of this defect. The October 9, 2007 Order must be modified to allow this Court to retain jurisdiction.

## CONCLUSION

For the reasons stated above, Defendants request that the Court grant their unopposed Motion for Reconsideration and modify the Court's October 9, 2007 Order so that this Court

3

retains jurisdiction in this matter. Defendants further request the Court to grant Defendants' Motion To Stay Action Pending Outcome Of 28 U.S.C. § 1407 Motion To Transfer Action As A Case Related To MDL No. 1715.

                    Respectfully submitted,

                    DYKEMA GOSSETT PLLC

Date: October 11, 2007        By:*/s/ Mark D. van der Laan*
                                          Mark D. van der Laan (P55921)
                                          Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.
                                          300 Ottawa Avenue N.W., Suite 700
                                          Grand Rapids, MI  49503
                                          (616) 776-7500

GR01\105536.1
ID\MEW

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•300 OTTAWA AVENUE N.W., SUITE 700•GRAND RAPIDS, MICHIGAN 49503