**FILED - GR**
November 30, 2007 4:43 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: / 

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

November 27, 2007

Michael W. Dobbins, Clerk
2050 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**1:06-cv-828**
**Wendell A Miles**
**Senior, US District Judge**

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-32)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 8, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Marvin E. Aspen
    Transferor Judges:   Judge Michael A. Ponsor; Judge Paul V. Gadola; Judge Wendell A. Miles
    Transferor Clerks:   Sherry Jones; David J. Weaver; Ronald C. Weston

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-32)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 270 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION　　　　　　　　　　　　MDL No. 1715

### SCHEDULE CTO-32 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MASSACHUSETTS** | |
| MA   3   07-30135 | Joseph F. Schebel, Jr. v. Deutsche Bank National Trust Co., et al. |
| **MICHIGAN EASTERN** | |
| MIE   4   07-14424 | George Brennan, Sr., et al. v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN WESTERN** | |
| MIW   1   06-828 | Patrick J. Vermurlen, et al. v. Ameriquest Mortgage Co., et al. |

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-32)

R. Bruce Allensworth
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
One Lincoln Street
Boston, MA 02111-2950

D. Richard Black, Jr.
LAW OFFICE OF D RICHARD BLACK
283 Howard Avenue
Holland, MI 49424

David D. Christensen
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

David M. Glynn
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington Harbour, Suite 500
Washington, DC 20007-5109

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

Marvin Allen Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Craig L. Monette
LAW OFFICES OF CRAIG L MONETTE PLC
316 Morris Avenue
Suite 310
Muskegon, MI 49440-1140

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

Mark D. van der Laan
DYKEMA GOSSETT PLLC
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503-2306