

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                                                     312-435-5698

December 27, 2007

Ronald C. Weston, Sr. Clerk of Court
399 Gerald R Ford Federal Bldg
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

      Your case number:     1: 06-828 Patrick J. Vermurlen et al.   vs.   Ameriquest Mortgage Co.  et al.

      Our case number:     07 cv 6812 - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

      Sincerely,

      Michael W. Dobbins
      Clerk

  by:     Willie A. Haynes
      Supervisor of Operations

**FILED**
**NOVEMBER 27, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

A CERTIFIED TRUE COPY

NOV 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

**DMK**

(SEE ATTACHED SCHEDULE)

MDL No. 1715

**07 C 6812**

**JUDGE ASPEN**

### CONDITIONAL TRANSFER ORDER (CTO-32)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 270 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**
**By s/ WILLIE A. HAYNES**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN**
**DISTRICT OF ILLINOIS**
**DATE: DECEMBER 27, 2007**

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                     MDL No. 1715

SCHEDULE CTO-32 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

MASSACHUSETTS
  MA    3   07-30135           Joseph F. Schebel, Jr. v. Deutsche Bank National Trust Co., et al.
                                                                                           07cv6810

MICHIGAN EASTERN
  MIE   4   07-14424           George Brennan, Sr., et al. v. Ameriquest Mortgage Co., et al.
                                                                                           07cv6811

MICHIGAN WESTERN
  MIW   1   06-828             Patrick J. Vermurlen, et al. v. Ameriquest Mortgage Co., et al.
                                                                                           07cv6812