**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

December 31, 2007

Mr. Michael W. Dobbins
Clerk
United States District Court
2050 Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:   Vermurlen et al v. Ameriquest Mortgage Company et al
         OUR Case No. 1:06-cv-00828  Hon. Wendell A. Miles

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the Northern District of Illinois filed December 31, 2007, we are herewith sending certified copies of our order of transfer and docket sheet.

The documents that make up the case file are available electronically through PACER.  Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ G. Frayer

By:  Deputy Clerk