# United States District Court
# Western District of Michigan (Southern Division (1))
# CIVIL DOCKET FOR CASE #: 1:06–cv–00828–WAM

| | |
|---|---|
| Vermurlen et al v. Ameriquest Mortgage Company et al | Date Filed: 11/22/2006 |
| Assigned to: Senior Judge Wendell A. Miles | Date Terminated: 12/31/2007 |
| Case in other court: Ottawa County Circuit Court, 06–56558 | Jury Demand: Plaintiff |
| | Nature of Suit: 371 Truth in Lending |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Diversity |

**plaintiff**

**Patrick J. Vermurlen**   represented by   **Craig L. Monette**
Law Offices of Craig L. Monnette, PLC
316 Morris Ave., Ste. 310
Muskegon, MI 49440–1140
(231) 725–6100
Email: cmonette@monettelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Sherrie R. Vermurlen**   represented by   **Craig L. Monette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**defendant**

**Ameriquest Mortgage Company**   represented by   **Mark D. van der Laan**
*Mortgagees*                                              Dykema Gossett PLLC (Grand Rapids)
300 Ottawa Ave., NW, Ste. 700
Grand Rapids, MI 49503
(616) 776–7539
Fax: (616) 776–7573
Email: mvanderlaan@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**defendant**

**AMC Mortgage Services, Inc.**   represented by   **Mark D. van der Laan**
*Assignee, named as "AMC Mortgage Services"*              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**defendant**

**Deutsche Bank National Trust Company**   represented by   **Mark D. van der Laan**
*as Assignee and/or Trustee of Ameriquest*                (See above for address)

*Mortgage Securities, Inc.*        *LEAD ATTORNEY*
*as assignee of*        *ATTORNEY TO BE NOTICED*
Ameriquest Mortgage Securities, Inc.

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/22/2006 | " 1 | NOTICE OF REMOVAL from Ottawa County Circuit Court case number 06–56558 filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (Attachments:, # 1 Exhibit A(#1) – State Court Summons, # 2 Exhibit A(#2) State Court Complaint with Jury Demand and Exhibits 1–6, # 3 Civil Cover Sheet) (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " | RECEIPT: in the amount of $350.00, receipt number GR000485; for Filing fees (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " 2 | NOTICE OF FILING notice of removal re 1 directed to *Attorney Craig L. Monette and Ottawa County Circuit Court* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " 3 | AFFIDAVIT re 1 *(of Mark D. van der Laan)* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " 4 | ANSWER to complaint *and Affirmative Defenses* by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " 5 | CORPORATE DISCLOSURE STATEMENT by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (cr, ) (Entered: 11/28/2006) |
| 11/22/2006 | " 6 | CERTIFICATE OF SERVICE by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. re 1 , 4 , 3 , 2 , 5 (cr, ) (Entered: 11/28/2006) |
| 11/28/2006 | " 7 | NOTICE of receipt of case (cr, ) (Entered: 11/28/2006) |
| 01/11/2007 | " 8 | ORDER setting Rule 16 scheduling conference: Rule 16 scheduling conference is set for 2/9/2007 at 9:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Hugh W. Brenneman Jr.; joint status report due by 2/6/2007 ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) (Entered: 01/11/2007) |
| 02/06/2007 | " 9 | JOINT STATUS REPORT (van der Laan, Mark) (Entered: 02/06/2007) |
| 02/09/2007 | " 10 | MINUTES of Rule 16 scheduling conference held before Magistrate Judge Hugh W. Brenneman Jr. (Proceedings Digitally Recorded) (Magistrate Judge Hugh W. Brenneman, Jr., ddk) (Entered: 02/09/2007) |
| 02/12/2007 | " 11 | CASE MANAGEMENT ORDER: jury selection and trial set for 1/14/2008 at 9:30 AM at 236 Federal Building, Grand Rapids, MI before Senior Judge Wendell A. Miles; settlement conference set for 12/14/2007 at 2:00 PM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Hugh W. Brenneman Jr., final pretrial conference set for 1/3/2008 at 2:00 PM at 236 Federal Building, Grand Rapids, MI before Senior Judge Wendell A. Miles ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) (Entered: 02/12/2007) |

| | | |
|---|---|---|
| 02/12/2007 | " 12 | ORDER referring case to CASE EVALUATION; which shall be held by September 30, 2007 ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) (Entered: 02/12/2007) |
| 03/02/2007 | " 13 | NOTICE of selection of standard track case evaluation panel consisting of Robert J. Buchanan, Craig S. Neckers, and Thomas A. Kuiper as chairperson; plaintiff's counsel to coordinate schedules and notice the hearing(ADR Administrator, mjs) (Entered: 03/02/2007) |
| 03/09/2007 | " 14 | MOTION for summary judgment by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.; (van der Laan, Mark) (Entered: 03/09/2007) |
| 03/09/2007 | " 15 | BRIEF in support of MOTION for summary judgment 14 filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.(van der Laan, Mark) (Entered: 03/09/2007) |
| 03/09/2007 | " 16 | EXHIBIT re 15 *A Re: Motion for Summary Judgment* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (van der Laan, Mark) (Entered: 03/09/2007) |
| 03/09/2007 | " 17 | CERTIFICATE OF SERVICE by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. *Re: Rule 26(a)(1) Disclosures and Voluntary Exchange* (van der Laan, Mark) (Entered: 03/09/2007) |
| 04/06/2007 | " 18 | *Expert Witness Disclosure* WITNESS LIST by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (van der Laan, Mark) (Entered: 04/06/2007) |
| 04/09/2007 | " 19 | RESPONSE in opposition to MOTION for summary judgment 14 filed by Patrick J. Vermurlen, Sherrie R. Vermurlen (Attachments: # 1 Exhibit Exhibits 1 – 5)(Monette, Craig) (Entered: 04/09/2007) |
| 04/16/2007 | " 20 | REPLY to response to MOTION for summary judgment 14 *Reply Brief in Support of Motion for Summary Judgment* filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (van der Laan, Mark) (Entered: 04/16/2007) |
| 04/30/2007 | " 21 | MOTION for summary judgment by plaintiffs Patrick J. Vermurlen, Sherrie R. Vermurlen; (Monette, Craig) (Entered: 04/30/2007) |
| 04/30/2007 | " 22 | BRIEF in support of MOTION for summary judgment 21 filed by Patrick J. Vermurlen, Sherrie R. Vermurlen (Attachments: # 1 Exhibit 1 – 6, 8 &9# 2 Exhibit 7)(Monette, Craig) (Entered: 04/30/2007) |
| 05/17/2007 | " 23 | RESPONSE in opposition to MOTION for summary judgment 21 filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(van der Laan, Mark) (Entered: 05/17/2007) |
| 05/31/2007 | " 24 | REPLY to response to motion 21 *for summary judgment* filed by Patrick J. Vermurlen, Sherrie R. Vermurlen (Monette, Craig) (Entered: 05/31/2007) |
| 07/24/2007 | " 25 | PROPOSED STIPULATION and ORDER *for Modification of Scheduling Order to Extend Discovery and Summary Judgment Deadlines* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (van der Laan, Mark) (Entered: 07/24/2007) |

| | | |
|---|---|---|
| 07/27/2007 | " 26 | ORDER REFERRING PROPOSED STIPULATED ORDER *for Modification of Scheduling Order to Extend Discovery and Summary Judgment Deadlines* 25 *to Magistrate Judge Hugh W. Brenneman, Jr* ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) (Entered: 07/27/2007) |
| 08/03/2007 | " 27 | ORDER granting STIPULATION 25 TO AMEND CASE MANAGEMENT ORDER: discovery deadline extended to 10/9/2007; dispositive motion deadline extended to 11/8/2007; final pretrial conference rescheduled to 3/18/2008 at 2:00 PM before Judge Miles; jury selection and trial rescheduled to 4/7/2008 at 9:30 AM before Judge Miles ; signed by Magistrate Judge Hugh W. Brenneman Jr. (Magistrate Judge Hugh W. Brenneman, Jr., fhw) (Entered: 08/03/2007) |
| 10/05/2007 | " 28 | UNOPPOSED MOTION to stay *Action Pending Outcome of 28 U.S.C. Section 1407 Motion to Transfer Action As A Case Related To MDL No. 1715* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.; (van der Laan, Mark) (Entered: 10/05/2007) |
| 10/05/2007 | " 29 | BRIEF in support of UNOPPOSED MOTION to stay *Action Pending Outcome of 28 U.S.C. Section 1407 Motion to Transfer Action As A Case Related To MDL No. 1715* 28 filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.(van der Laan, Mark) (Entered: 10/05/2007) |
| 10/05/2007 | " 30 | PROPOSED ORDER regarding *Unopposed Motion to Stay Action Pending Outcome of 28 U.S.C. Section 1407 Motion to Transfer Action As A Case Related To MDL No. 1715* by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (van der Laan, Mark) (Entered: 10/05/2007) |
| 10/09/2007 | " 31 | (VACATED) OPINION AND ORDER denying plaintiffs' motion for summary judgment 21 , granting defendants' motion for summary judgment as to Count I, violation of the Truth in Lending Act 14 , dismissing the claim under the Michigan Consumer Protection Act, and remanding case to the Ottawa County Circuit Court ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) Modified on 10/23/2007 per court order 34 (mkc). (Entered: 10/09/2007) |
| 10/10/2007 | " | Certified Copy of Order on Motion for Summary Judgment 31 sent via U.S. Mail to Ottawa County Circuit Court (gjf) (Entered: 10/10/2007) |
| 10/11/2007 | " 32 | MOTION for reconsideration re 31 by defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.; (van der Laan, Mark) (Entered: 10/11/2007) |
| 10/11/2007 | " 33 | BRIEF in support of MOTION for reconsideration re 31 and 32 filed by Deutsche Bank National Trust Company, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.(van der Laan, Mark) Modified text on 10/12/2007 (mkc). (Entered: 10/11/2007) |
| 10/22/2007 | " 34 | ORDER MODIFYING JUDGMENT AND STAYING CASE: defendants' motion for reconsideration is granted 31 32 ; the order remanding this case to the Ottawa County Circuit Court is VACATED and the Clerk of the Court is directed to REOPEN this case, which is STAYED pending the outcome of defendants' motion to transfer case to MDL No. 1715 ; signed by Senior Judge Wendell A. Miles (Senior Judge Wendell A. Miles, sds) (Entered: 10/22/2007) |
| 11/30/2007 | " 35 | COPY of CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation directed to the Northern District of Illinois regarding case to be transferred to the Multidistrict Litigation Panel under MDL No. 1715, In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation (mkc) (Entered: 12/04/2007) |

| | | |
|---|---|---|
| 12/31/2007 | " 36 | CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation; certified copy received from Northern District of Illinois; case transferred to Northern District of Illinois under MDL No. 1715, In Re Ameriquest Mortgage Co Mortgage Lending Practices Litigation (gjf) (Entered: 12/31/2007) |
| 12/31/2007 | " 37 | LETTER, certified copy of transfer order and certified copy of docket sheet; sent to Northern District of Illinois (gjf) (Entered: 12/31/2007) |